**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

RICKEY JONES,

Plaintiff,

v.

THE KROGER CO.,

Defendant.

CIVIL ACTION NO.: 4:26-cv-126

**ORDER**

Before the Court is a Stipulation of Dismissal Without Prejudice, signed by counsel for Plaintiff and counsel for Defendant, stipulating to the dismissal of this case without prejudice, with each party to bear its own attorney's fees and costs. (Doc. 15.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED without prejudice**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 26th day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA